UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Carson and Eric Lucero, | Court File No. 20-cv-02030 |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| Steve Simon, Secretary of State of the State of Minnesota, in his official capacity, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned attorney enters his appearance as counsel for Defendant. All pleadings, orders, notices, and other documents should be directed to the undersigned.

Dated: September 23, 2020

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ Jason Marisam
JASON MARISAM
Assistant Attorney General
Atty. Reg. No. 0398187

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1275 (Voice)
(651) 282-5832 (Fax)
jason.marisam@ag.state.mn.us

ATTORNEY FOR DEFENDANT STEVE SIMON, IN HIS OFFICIAL CAPACITY AS MINNESOTA SECRETARY OF STATE