UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO,<br>    Plaintiffs,<br>            v.<br>STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity,<br>    Defendant. | Case No. 0:20-cv-02030-NEB-TNL |

**DECLARATION OF ERIC LUCERO**

Pursuant to 28 U.S.C. § 1746, I, Eric Lucero, declare and state as follows:

1. I am a resident of Wright County, Minnesota

2. I value the democratic process and have taken many opportunities to participate in it.

3. I am a registered voter.

4. I consistently vote in federal, state, and local elections.

5. I intend to vote in the 2020 presidential election.

6. I intend to comply with all state laws governing participation and believe it fair for other voters to do so as well.

7. The counting of votes unlawful cast dilutes my vote.

8. I am also a member of the Minnesota Legislature.

9. As a legislator, I expect that laws the Legislature enacts will be implemented by the executive branches, not rejected in favor of completely new laws invented by executive fiat.

10. I am also a nominee of the Republican Party to participate in the Electoral College if the Republican Party candidate for the presidency wins the statewide vote.

11. This means that I am among the candidates Minnesota voters will choose to elect or not elect in the popular vote for the presidency

12. The purpose of serving as an elector is twofold.

13. The first purpose is to honor the statewide vote.

14. The second is to cast votes on behalf of Minnesota in the Electoral College.

15. If Congress disregarded Minnesota's statewide vote or the votes of electors, that would completely defeat the point of participating in the process as an elector.

I state under penalty of perjury that the foregoing is true and correct. Executed on Sept. 24, 2020.

Eric Lucero