UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity,<br><br>　　Defendant,<br><br>and<br><br>ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND,<br><br>　　Proposed Intervenor-Defendants. | Case No. 20-cv-2030 NEB/TNL<br><br>**UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS** |

　　Movants Robert LaRose, Teresa Maples, Mary Samson, Gary Severson, and Minnesota Alliance for Retired Americans Educational Fund hereby move to intervene as defendants in this case under Federal Rule of Civil Procedure 24. This motion is based upon the memorandum of law, arguments of counsel to be presented at or before a hearing, and all of the files, records, and proceedings herein.

DATED this 25th day of September, 2020

**GREENE ESPEL PLLP**

By:     s/ Sybil L. Dunlop
Sybil L. Dunlop, Reg. No. 390186
Samuel J. Clark, Reg. No. 0388955
222 South Ninth Street, Suite 2200
Minneapolis, Minnesota 55402
Phone: (612) 373-0830
Fax: (612) 373-0929
Email: SDunlop@GreeneEspel.com
       SClark@GreeneEspel.com

Marc E. Elias, Esq.*
Amanda R. Callais, Esq.*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005-3960

Abha Khanna, Esq.*
Jonathan P. Hawley, Esq.*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

Will M. Conley, Esq.*
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095

*Attorneys for Proposed Intervenor-Defendants Robert LaRose, Teresa Maples, Mary Sansom, Gary Severson, and Minnesota Alliance for Retired Americans*

*Pro hac vice applications forthcoming