## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO, | Case No. 20-cv-2030 NEB/TNL |
| Plaintiffs, | |
| v. | |
| STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity, | **AMENDED MEET AND CONFER STATEMENT ON UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS** |
| Defendant, | |
| and | |
| ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND, | |
| Proposed Intervenor-Defendants. | |

I hereby certify that counsel for Proposed Intervenor-Defendants communicated with Plaintiffs' and Defendant's counsel regarding a potential resolution of this motion via emails exchanged on September 25, 2020. Plaintiffs and Defendant consented to the proposed intervention and do not oppose this motion.

DATED this 25th day of September, 2020

**GREENE ESPEL PLLP**


By:          s/ Sybil L. Dunlop
                Sybil L. Dunlop, Reg. No. 390186
                Samuel J. Clark, Reg. No. 0388955
                222 South Ninth Street, Suite 2200
                Minneapolis, Minnesota 55402
                Phone: (612) 373-0830
                Fax: (612) 373-0929
                Email: SDunlop@GreeneEspel.com
                      SClark@GreeneEspel.com

                Marc E. Elias, Esq.*
                Amanda R. Callais, Esq.*
                **PERKINS COIE LLP**
                700 Thirteenth Street NW, Suite 800
                Washington, D.C. 20005-3960

                Abha Khanna, Esq.*
                Jonathan P. Hawley, Esq.*
                **PERKINS COIE LLP**
                1201 Third Avenue, Suite 4900
                Seattle, Washington 98101-3099

                Will M. Conley, Esq.*
                **PERKINS COIE LLP**
                33 East Main Street, Suite 201
                Madison, Wisconsin 53703-3095

                *Attorneys for Proposed Intervenor-*
                *Defendants Robert LaRose, Teresa Maples,*
                *Mary Sansom, Gary Severson, and Minnesota*
                *Alliance for Retired Americans*

                *Pro hac vice applications submitted

2