# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity,<br><br>Defendant,<br><br>and<br><br>ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND,<br><br>Intervenor-Defendants. | Case No. 20-cv-2030 NEB/TNL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS** |

This matter is before the undersigned on Proposed Intervenor-Defendants' Unopposed Motion to Intervene. Based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Proposed Intervenor-Defendants' Unopposed Motion to Intervene as Defendants is **GRANTED**.

Dated: September 28, 2020

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge