# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Danyll W. Foix
direct dial: 202.861.1596
dfoix@bakerlaw.com

October 7, 2020

**VIA ECF**

The Honorable Nancy E. Brasel
United States District Court District of Minnesota
316 N. Robert Street
St. Paul, Minnesota

Re:   *Carson, et al. v. Simon,* 0:20-cv-02030-NEB-TNL
      Response to Defendant-Intervenors' Letter of October 7, 2020

Dear Judge Brasel,

The District of New Jersey opinion presented by Intervenors is not persuasive in its treatment of votes that arrive at polling places after Election Day. As Plaintiffs have explained, the federal requirement that Election Day mark the "'consummation' of the process of selecting an official," *Voting Integrity Project, Inc. v. Keisling*, 259 F.3d 1169, 1175 (9th Cir. 2001), necessarily encompasses a rule that the vote be cast with election officials by Election Day.

In any event, even if federal law merely requires that ballots be *mailed* on Election Day, the New Jersey postmark rule adjudicated in that case stands on a more solid foundation than the Secretary's policy in at least two respects. First, the New Jersey legislature enacted the provision, as Article II requires. Second, that legislation is better tailored to the state's obligation to ensure that the vote occur on Election Day, not after Election Day. The New Jersey law treats ballots without a postmark as valid only if they arrive at polling places within *two days* of Election Day, which the court found rendered it a "remote" possibility that ballots mailed after Election Day would be counted. *See* Clark Letter Exhibit at 25. The same cannot be said of the Secretary's policy of counting ballots received a full *seven days* after Election Day.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

The Honorable Nancy E. Brasel
October 7, 2020
Page 2

Finally, the New Jersey decision provides further support for Plaintiffs' contention that many ballots are likely to arrive at polling places with no postmark at all. *See id.* at 22.

Sincerely,

/s/ Danyll W. Foix

DANYLL W. FOIX
(MN Bar 0285390)
DAVID B. RIVKIN**
ANDREW M. GROSSMAN*
RICHARD B. RAILE*
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
Phone: (202) 861-1596
Fax: (202) 861-1783
dfoix@bakerlaw.com

NATHAN M. HANSEN
(MN Bar 0328017)
2440 Charles Street North
Suite 242
North St. Paul, MN 55109
Phone: (651) 704-9600
Fax: (651) 704-9604

*admitted pro hac vice
**pro hac vice motion forthcoming

*Counsel for Plaintiffs*