# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO,<br><br>    Plaintiffs,<br><br>             v.<br><br>STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity,<br><br>    Defendant.<br><br>and<br><br>ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND,<br><br>    Intervenor-Defendants. | Case No. 0:20-cv-02030-NEB-TNL |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, James Carson and Eric Lucero, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Court's order denying Plaintiffs' Motion for a Preliminary Injunction, ECF No. 56, entered on October 11, 2020, and all orders incorporated or merged with, or otherwise related to, that order.

Date: October 12, 2020                                    Respectfully submitted,

/s/ Danyll W. Foix

NATHAN M. HANSEN                         DANYLL W. FOIX
(MN Bar 0328017)                               (MN Bar 0285390)
2440 Charles Street North                    DAVID B. RIVKIN**
Suite 242                                             ANDREW M. GROSSMAN*
North St. Paul, MN 55109                   RICHARD B. RAILE*
Phone: (651) 704-9600                        BAKER & HOSTETLER LLP
Fax: (651) 704-9604                            1050 Connecticut Ave., N.W.
                                                             Suite 1100
                                                             Washington, D.C. 20036
                                                             Phone: (202) 861-1596
                                                             Fax: (202) 861-1783
                                                             dfoix@bakerlaw.com
                                                             *Attorneys for Plaintiffs*

*admitted *pro hac vice*
***pro hac vice* motion pending