# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON and ERIC LUCERO, | Case No. 20-CV-2030 (NEB/TNL) |
| Plaintiffs, | |
| v. | ORDER |
| STEVE SIMON in his official capacity as Secretary of State of the State of Minnesota, | |
| Defendant, | |
| and | |
| ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, and MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATION FUND, | |
| Intervenor Defendants. | |

IT IS HEREBY ORDERED that the Court's order on the Motion for Preliminary Injunction (ECF No. 56) filed on October 11, 2020 is hereby VACATED to allow for an amendment.

Dated: October 12, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge