UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO, <br>     Plaintiffs, <br>         v. <br> STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity, <br>     Defendant. <br> and <br> ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND, <br>     Intervenor-Defendants. | Case No. 0:20-cv-02030-NEB-TNL |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs, James Carson and Eric Lucero, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Court's amended order denying Plaintiffs' Motion for a Preliminary Injunction, ECF No. 59, entered on October 12, 2020, and all orders incorporated or merged with, or otherwise related to, that order.

Date: October 12, 2020                              Respectfully submitted,

/s/ Danyll W. Foix
NATHAN M. HANSEN                                    DANYLL W. FOIX
(MN Bar 0328017)                                    (MN Bar 0285390)
2440 Charles Street North                           DAVID B. RIVKIN**
Suite 242                                           ANDREW M. GROSSMAN*
North St. Paul, MN 55109                            RICHARD B. RAILE*
Phone: (651) 704-9600                               BAKER & HOSTETLER LLP
Fax: (651) 704-9604                                 1050 Connecticut Ave., N.W.
                                                    Suite 1100
                                                    Washington, D.C. 20036
                                                    Phone: (202) 861-1596
                                                    Fax: (202) 861-1783
                                                    dfoix@bakerlaw.com
                                                    *Attorneys for Plaintiffs*

*admitted *pro hac vice*
***pro hac vice* motion pending

2