UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Carson and Eric Lucero,

        Plaintiffs,

Civil No. 20-02030 (NEB/TNL)

v.

**ORDER**

Steve Simon,
*Secretary of State of the State of Minnesota, in his official capacity,*

        Defendant.

---

Pursuant to Local Rule 83.5(d), Danyll Foix moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney David B. Rivkin.

**IT IS HEREBY ORDERED** that Danyll Foix's motion for a Non-Resident to serve as Local Counsel (Doc. No. [53-1]) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Admission Pro Hac Vice of attorney David B. Rivkin (Doc. No. [53]) is **GRANTED**.

Dated: October 14, 2020

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge