UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON and ERIC LUCERO, | Case No. 20-CV-2030 (NEB/TNL) |
| Plaintiffs, | |
| v. | ORDER GRANTING INJUNCTION |
| STEVE SIMON in his official capacity as Secretary of State of the State of Minnesota, | |
| Defendant, | |
| and | |
| ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON and MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATION FUND, | |
| Intervenor Defendants. | |

Pursuant to the Eighth Circuit Court of Appeals Order in this case (Appellate Case No. 20-3139), dated October 29, 2020, the Court hereby enters the following injunction:

Minnesota Secretary of State Steve Simon and his respective agents and all persons acting in concert with each or any of them are ordered to identify, segregate, and otherwise maintain and preserve all absentee ballots received after the deadlines set forth in Minn. Stat. § 203B.08, subd. 3, in a manner that would allow for their respective votes for presidential electors pursuant to Minn. Stat. § 208.04, subd. 1 (in effect for the

President and Vice President of the United States) to be removed from vote totals in the event a final order is entered by a court of competent jurisdiction determining such votes to be invalid or unlawfully counted. The Secretary shall issue guidance to relevant local election officials to comply with the above instruction.

    IT IS SO ORDERED.

Dated: October 30, 2020                          BY THE COURT:

                                                      s/Nancy E. Brasel
                                                      Nancy E. Brasel
                                                      United States District Judge