# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3139
_____

James Carson; Eric Lucero

Plaintiffs - Appellants

v.

Steve Simon, Secretary of State of the State of Minnesota, in his official capacity

Defendant - Appellee

Robert LaRose; Teresa Maples; Mary Sansom; Gary Severson; Minnesota Alliance for Retired Americans Education Fund

Intervenor Defendants - Appellees

------------------------------

State of California; District of Columbia; State of Connecticut; State of Illinois; State of Maryland; State of Massachusetts; State of Nevada; State of New Jersey; State of New Mexico; State of Oregon; State of Pennsylvania; State of Virginia; State of Washington; State of Vermont; Governor Arnold Schwarzenegger

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02030-NEB)
_____

**JUDGMENT**

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

October 29, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans