# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity,<br><br>    Defendant,<br><br>and<br><br>ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND,<br><br>    Intervenor-Defendants. | Case No. 20-CV-2030 (NEB/TNL)<br><br>**INTERVENOR-DEFENDANTS' EXPEDITED MOTION TO CERTIFY STATE LAW QUESTION AND STAY PROCEEDINGS** |

Intervenor-Defendants Robert LaRose, Teresa Maples, Mary Sansom, Gary Severson, and Minnesota Alliance for Retired Americans Educational Fund ("Intervenors") hereby move the Court on an expedited basis for an order certifying a state law question and staying proceedings. Intervenors' expedited motion is based upon this Motion, the Memorandum in Support of their Expedited Motion to Certify State Law Question and Stay Proceedings, the arguments of counsel, and all of the papers and proceedings in this matter.

DATED this 3rd day of November, 2020

        **GREENE ESPEL PLLP**

By:    s/ Sybil L. Dunlop
      Sybil L. Dunlop, Reg. No. 390186
      Samuel J. Clark, Reg. No. 0388955
      Caitlinrose H. Fisher, Reg. No. 0398358
      222 South Ninth Street, Suite 2200
      Minneapolis, Minnesota 55402
      Phone: (612) 373-0830
      Fax: (612) 373-0929
      Email: SDunlop@GreeneEspel.com
            SClark@GreeneEspel.com
            CFisher@GreeneEspel.com

      Marc E. Elias, Esq.*
      Amanda R. Callais, Esq.*
      **PERKINS COIE LLP**
      700 Thirteenth Street NW, Suite 800
      Washington, D.C. 20005-3960

      Abha Khanna, Esq.*
      Jonathan P. Hawley, Esq.*
      **PERKINS COIE LLP**
      1201 Third Avenue, Suite 4900
      Seattle, Washington 98101-3099

Will M. Conley, Esq.*
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095

*Attorneys for Intervenor-Defendants Robert LaRose, Teresa Maples, Mary Sansom, Gary Severson, and Minnesota Alliance for Retired Americans Educational Fund*

*Pro hac vice