# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON & ERIC LUCERO,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>STEVE SIMON, Secretary of State of the State of Minnesota, in his official capacity,<br><br>　　Defendant,<br><br>and<br><br>ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, & MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND,<br><br>　　Intervenor-Defendants. | Case No. 0:20-cv-02030-NEB-TNL |

### Stipulation of Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs James Carson and Eric Lucero, Defendant Steve Simon, and Intervenors Robert LaRose, Teresa Maples, Mary Sansom, Gary Severson, and Minnesota Alliance for Retired Americans Educational Fund, hereby stipulate to dismissal of this action. All parties who have appeared stipulate that the above-captioned matter be voluntarily dismissed without prejudice as to all claims, causes of actions, and parties, with each party bearing its own attorney's fees and costs.

Date: December 9, 2020                                   Respectfully submitted,

/s/ Jason Marisam (with consent)               /s/ Danyll W. Foix
JASON MARISAM (#0398187)                       DANYLL W. FOIX
Assistant Attorney General                     (MN Bar 0285390)
445 Minnesota Street, Suite 1100               DAVID B. RIVKIN*
St. Paul, Minnesota 55101-2128                 ANDREW M. GROSSMAN*
(651) 757-1275 (Voice)                         RICHARD B. RAILE*
(651) 282-5832 (Fax)                           BAKER & HOSTETLER LLP
jason.marisam@ag.state.mn.us                   1050 Connecticut Ave., N.W.
                                               Suite 1100
*Attorney for Defendant*                       Washington, D.C. 20036
                                               Phone: (202) 861-1596
                                               Fax: (202) 861-1783
/s/ Sybil L. Dunlop (with consent)             dfoix@bakerlaw.com
Sybil L. Dunlop, Reg. No. 390186
Samuel J. Clark, Reg. No. 0388955              NATHAN M. HANSEN
Caitlinrose H. Fisher, Reg. No. 0398358        (MN Bar 0328017)
222 South Ninth Street, Suite 2200             2440 Charles Street North
Minneapolis, Minnesota 55402                   Suite 242
Phone: (612) 373-0830                          North St. Paul, MN 55109
Fax: (612) 373-0929                            Phone: (651) 704-9600
Email: SDunlop@GreeneEspel.com                 Fax: (651) 704-9604
SClarke@GreeneEspel.com
CFisher@GreeneEspel.com                        *Attorneys for Plaintiffs*
                                               *admitted pro hac vice
Marc E. Elias*
Amanda Callais*
Perkins Coie LLP
700 13th Street NW, Suite 800
Washington, D.C. 20005
202-654-6396

Abha Khanna*
Jonathan P. Hawley*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
206-359-8312

Will M. Conley*
Perkins Coie LLP
33 East Main Street, Suite 201
Madison, WI 53703
608-663-7460

*Attorneys for Intervenor-Defendants*
*admitted pro hac vice