# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES CARSON and ERIC LUCERO, | Case No. 20-CV-2030 (NEB/TNL) |
| Plaintiffs, | |
| v. | ORDER FOR DISMISSAL |
| STEVE SIMON in his official capacity as Secretary of State of the State of Minnesota, | |
| Defendant, | |
| and | |
| ROBERT LAROSE, TERESA MAPLES, MARY SANSOM, GARY SEVERSON, and MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATION FUND, | |
| Intervenor Defendants. | |

Pursuant to the parties' Stipulation of Dismissal without Prejudice filed on December 9, 2020 (ECF No. 88), IT IS HEREBY ORDERED that this action is VOLUNTARILY DISMISSED WITHOUT PREJUDICE as to all claims, causes of actions and parties, and each party shall bear their own attorneys' fees and costs.

Dated: December 9, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge